PORTLAND CO., Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the Portland Company against Charles W. Hall and another. D. Flannagan, for appellant. J. Larkin, for respondents. No

opinion. Judgment affirmed, with costs, on memorandum handed down on motion for reargument. 108 N. Y. Supp. 821. Order filed.